IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNUM LIFE INSURANCE COMPANY OF )
AMERICA, )
)
    Plaintiff, )
)     Case No. 1:15-cv-473-GBL-TCB
    v. )
)
REBECCA JAMES, )
)
    Defendant. )
)
)

## ORDER and FINAL JUDGMENT

Upon consideration of Report and Recommendation entered on August 28, 2015 by United States Magistrate Theresa Carroll Buchanan (Doc. 12), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 8) is **GRANTED;**

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Doc. 12), pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Plaintiff Unum Life Insurance Company of America against Defendant Rebecca James in the total amount of $85,446.60 consisting of the following:

(1)     $80,446.60 in principal owed to plaintiff;

(2)     $4,836.60 in prejudgment interest

**IT IS SO ORDERED.**

ENTERED this _____ day of October, 2015.

Alexandria, Virginia
10 / _____ / 2015

_____ /s/ _____
Gerald Bruce Lee
United States District Judge